IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
    :
    V.      : CRIM. NO. 99-33 Erie
    :
JOSEPH WENZEL      :
    :

## **O R D E R**

AND NOW, this 3rd day of February, 2006, it appearing to the Court that the above-captioned case has been terminated with no pending appeals, IT IS HEREBY ORDERED that the pleadings/case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next 20 years.

Documents: 99 through 102, 104 through 107, 113, 118, 120, 130, 132, 133, 160, 164 through 168, 170 through 172, 174, 175, 187 and 188

s/Sean J. McLaughlin
US District Judge Sean J. McLaughlin