UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

RECEIVED
SEP 1 7 2007
CLERK, USDC WDNY

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

September 14, 2007

WDNY-1: 07 CR 217A

Clerk, US District Court
Western District of New York
304 United States Courthouse
68 Court Street
Buffalo NY 14202-3498

Re: USA v. Joseph Wenzel
Criminal Action No. 1:99-cr-33-002

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

Docket Sheet, Indictment, Plea Agreement, Judgment and Commitment Order

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Debra L. Mayo
Debra L. Mayo
Deputy Clerk

Enclosures

RECEIVED
SEP 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA